UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-49 |
| : | |
| ROBERT L. BAUER, : | |
| EDWARD E. HEMENWAY, II : | |
| : | |
| Defendants. : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/
ELIZABETH C. KELLEY
Assistant United States Attorney
DC Bar No. 1005031
555 4th Street, N.W.
Washington, D.C. 20530
Elizabeth.Kelley@usdoj.gov
(202) 252-7238