What are your best accomplishments? What have you done that you are the most proud of?

My best accomplishments are my two Associates Degrees that I completed with Honors. I'm most proud of my son, and my wife.

*R B*

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

What are your best attributes?

My best attributes are honesty and work ethic.

*R B*

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

What are your short-term goals?

My short term goals are to become a better father and husband.



Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

What are your long-term goals?

My long term goals are to gain more knowledge in my maintenance profession and get licensed as an Electrician.



Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

Why are you a better person now than you were at the time of the offense?

I don't watch any political news anymore. I have found life to be a lot less stressful without subjecting myself to the roller coaster ride they provide.

*R B*

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

How does giving you leniency reflect the seriousness of your offense?
How does giving you leniency promote your respect for the law?

I believe leniency in my personal case would reflect positively due to the fact this was the first and last political event I have ever, or will ever attend. I have never been around a crowd like that before. I have lived in smaller communities all my life. I have never been subjected to things like that before, and I believe my better judgement was skewed by the happenings on that day. Leniency or not, I will not in the future be present at large gatherings motivated by a person, party or agenda.

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

How will give you leniency promote *others*' respect for the law?  Will giving you leniency cause other people not to break the law like you did?

I think leniency for my case would let others know there were consequences besides jailtime. I was fired from my employer of ten years after graduating from my second college degree program. With the completion of this degree I was about to get the greatest promotion of my life. This huge terrible judgement call of mine has cost my family and I dearly. If anyone looks at the ramifications I have suffered and brought to bare on my loved ones, I believe they would not break the law.

*R B*

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5

What do you believe is a just punishment for your offense and why?

I have agreed to one years probation, $500 in restitution, and $10 to the DC Courts. I have subsequently lost a great job with great benefits that I may never be able to replace. The confidence I once had in my decision making capabilities will be forever tarnished as a result of this colossal mistake I have made. I have estimated that this has cost almost $60,000 thus far, and will cost more the longer I go without returning to my past profession. If the purpose for the punishment for the offense is to keep me from committing another offense. With the ramifications I have agreed to in the plea agreement and my other consequences. I can say I believe justice has been served and I have been properly deterred from any future infractions.

*R B*

Doc ID: 4475ac69c19c36c4f4e387300b7ae9bebe3bc4a5