July 23, 2021

Dear Sirs, Mesdames

Greetings:

The purpose of this letter is personally to vouch for our dear friend MR. Robert Bauer or we love calling him "Bob". We met him and his very supportive and loving wife Jenny Bauer through our friends in one of the gatherings if my memory serves was 2016. Since then our friendships nourished and we treated each other as family as of this time and always.

For us Bob is just a simple hardworking quiet guy he loves FISHING and his very good at it. Listening to gospel words and gospel songs are also his favorite, he loves his family dearly. He always has open hands to help others to the best of his abilities. We support and respect each other whatever the situations. We are so blessed and grateful because he became part of our lives.

We are hoping and praying that this letter would help Bob whatever the desires of his heart let it be grant to him.

Thank you very much.

Respectfully yours,

MRS NORIE BARRICK

STATE OF KENTUCKY

CITY OF GLASGOW

COUNTY OF BARREN

Subscribed and sworn before me this 26th day of July 2021

Notary _____

My Commission Expires _____ 10-26-24 _____



17 July 2021

Spencer Walters

110 Bedford Court

Horse Cave. KY 42749

(270)-537-3030

scw106@gmail.com

To whom it may concern.

My name is Spencer Walters.

I have been a friend of Bob Bauer over the past five years through a group of men in the community that have married Filipina's.

I understand that Bob must attend court over charges regarding January 6th. 2021. at the Capitol. He is upset about the charge. and I believe he is sorry for being there and wish he had never gone.

He has been under stress due to the loss of his job and the charges held against him. Even though he has lost his job and gone through these hardships he has continued his education not let anything get in the way of bettering himself.

I can say that in all the time I have known him. Bob Bauer has been a friendly. hardworking. and trustworthy person. I believe any behavior he displayed that caused him to be charged was not aggression towards anyone.  He would not cause harm to anyone. and I believe he was in the wrong place at the wrong time.  Bob Bauer is a good man and should not be made an example out of because of other people or political agenda.

Yours faithfully.

Spencer Walters

Spencer Walters

July 15, 2021

To Whom It May Concern:

RE:  ROBERT "BOB" BAUER

I am writing this letter in reference to Robert "Bob" Bauer.  My husband and I got to know Bob for more than 5 years now since he married a fellow Filipina,, Jena Dale Bauer and since then we have been around with him/them on numerous occasions during parties in our house or other friends' houses.

Bob is a jolly, friendly person and no dull moments when he is around.  He is smart, hardworking and dedicated husband.  He loves to fish during his spare times, work out, walking at the trails with his wife during their free time.

To the best of my knowledge Bob is a good person, a good husband, a good friend, and he can get along well with everybody.

I am praying this letter will help him in anyway it may serve.


*L/Bowles*
Leonor Bowles