Mayor Dwayne Hesler

City Attorney
Bobby H. Richardson

CITY COUNCIL
Leticia Cline
Denny Doyle
Beverly Ford
Kevin Houchens
Mike Houchens
Steve Pedigo

City Clerk/Treasurer
ABC Administrator
Jennifer Freeman, CKMC

Assistant Clerk
Bonita Hendren



"Working Together for a Better Future"
**CITY OF CAVE CITY**
P.O. Box 567 – 103 Duke St.
Cave City, KY  42127-0567
Ph. 270-773-2188 – FAX 270-773-4522
Toll Free 877-773-2188
E-mail cityhall@caveland.net

Police Chief
Darrell Butler

Fire Chief
Kevin Jandt

Public Works
Robert Smith

Office Manager
Robert Smith

Board of Adjustment
Robert Smith, Administrator
Sam Dick, Chairman
David Rutherford
Daniel Ortega

Code Enforcement
David Faulkner, Chairman
Lester Carney
Adam Russell
Robert Smith, Enforcement

November 15, 2021

RE: Community Service

To Whom It May Concern,

This is to verify that Robert Lynn Bauer, Jr. performed 60 hours of community service for the City of Cave City Public Works Department. The duties performed were all general labor.

Should you need any Further information please feel free to contact me.

Sincerely,

*Robert S. Smith*

Office Manager
Public Works Director
Code Enforcement Officer
Planning & Zoning Administrator





Cave City, KY..."It's That Friendly"
"Anchor to Mammoth Cave National Park"
Equal Opportunity Employer and Provider

Visit Our Website
cavecity.ky.gov