**Mayor Dwayne Hatcher**

**City Attorney**
Bobby H. Richardson

**CITY COUNCIL**
Leticia Cline
Denny Doyle
Beverly Ford
Kevin Houchens
Mike Houchens
Steve Pedigo

**City Clerk/Treasurer**
**ABC Administrator**
Jennifer Freeman, CKMC

**Assistant Clerk**
Bonita Hendren



"Working Together for a Better Future"
**CITY OF CAVE CITY**
P.O. Box 567 – 103 Duke St.
Cave City, KY  42127-0567
Ph. 270-773-2188 – FAX 270-773-4522
Toll Free 877-773-2188
E-mail cityhall@caveland.net

**Police Chief**   **Fire Chief**
Darrell Butler     Kevin Jandt

**Public Works**   **Office Manager**
Robert Smith       Robert Smith

**Board of Adjustment**
Robert Smith, Administrator
Sam Dick, Chairman
David Rutherford
Daniel Ortega

**Code Enforcement**
David Faulkner, Chairman
Lester Carney
Adam Russell
Robert Smith, Enforcement

November 15, 2021

RE: Community Service

To Whom It May Concern,

This is to verify that Robert Lynn Bauer, Jr. performed 60 hours of community service for the City of Cave City Public Works Department. The duties performed were all general labor.

Should you need any Further information please feel free to contact me.

Sincerely,

*Robert S. Smith*

Office Manager
Public Works Director
Code Enforcement Officer
Planning & Zoning Administrator





Cave City, KY..."It's That Friendly"
"Anchor to Mammoth Cave National Park"
Equal Opportunity Employer and Provider

Visit Our Website
cavecity.ky.gov